```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON

UNITED STATES OF AMERICA,      )
                               )
     Plaintiff,                ) Criminal Action No. 5:04-57-JMH
                               )  Civil Action No. 5:06-410-JMH
v.                             )
                               )
DERRICK L. GREEN,              ) MEMORANDUM OPINION AND ORDER
                               )
     Defendant.                )
```

                   **      **      **      **      **

This action is before the Court on the Proposed Findings of Fact and Recommendation of Magistrate Judge James B. Todd [Record No. 71]. Said action was referred to the magistrate for the purpose of reviewing the merits of Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [Record No. 59]. Defendant has filed objections to the report and recommendation [Record No. 73], and this matter is ripe for a decision.

Defendant challenges his September 8, 2004, conviction on two drug charges. As grounds for his motion Defendant argues (1) that the district court erred in denying his motion to suppress; (2) that he received ineffective assistance of appellate counsel; and (3) that there was insufficient evidence to support a reasonable cause finding concerning the court's order committing him to the custody of the Attorney General for a psychological evaluation. This Court has reviewed *de novo* the record in its entirety and

adopts the procedural history and the analysis of Magistrate Judge Todd's Proposed Findings of Fact and Recommendation as the Court's own. Furthermore, the Court agrees with the magistrate that Defendant's motion should be denied for the reasons set forth in the Proposed Findings of Fact and Recommendation.

Accordingly, **IT IS ORDERED:**

(1) That the Proposed Findings of Fact and Recommendation of the magistrate [Record No. 71] be, and the same hereby is, **ACCEPTED.**

(2) That Defendant's motion to vacate under 28 U.S.C. § 2255 [Record No. 59] be, and the same hereby is, **DENIED.**

This is the 7th day of June, 2007.



**Signed By:**

*Joseph M. Hood*

**United States District Judge**